UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KALVEN METZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KEANE FRAC TX, LLC;<br>KEANE FRAC ND, LLC;<br>KEANE FRAC GP, LLC;<br>KEANE FRAC, LP; and<br>KEANE GROUP, LLC<br><br>    Defendants. | Docket No. 2:15-CV-01570<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)<br>CLASS ACTION, FRCP 23 |

**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE**

On this day, the Court considered the Joint Motion to Transfer Venue. The Court finds that the transfer to the Southern District of Texas, Galveston Division is appropriate. Therefore, the Joint Motion to Transfer Venue is GRANTED.  The clerk of court is hereby directed to forthwith transfer this case to the Southern District of Texas, Galveston Division.

IT IS SO ORDERED ON ___April 5___, 2016.

/s/ Joy Flowers Conti
United States District Court Judge

1